IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-00961-PAB-MJW

ANTHONY MARTINEZ,

Plaintiff,

v.

ROBERT LYNN,
MARK MATTHEWS,
ROD GAUNT,
ROBERT W. EGGERT, and
MIKE WILLIAMS,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     Now before the court is plaintiff's Motion Requesting Reimbursement (Docket No. 62) filed on June 10, 2013.  Plaintiff filed his Complaint (Docket No. 1) in this matter on May 14, 2002.  On April 20, 2004, Judge Phillip S. Figa entered an Order (Docket No. 51) dismissing plaintiff's case with prejudice.  Plaintiff attempted to appeal Judge Figa's order, however the Tenth Circuit dismissed the appeal as untimely (Docket No. 59).  Plaintiff now apparently seeks reconsideration of the dismissal of his claims.

     A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)."  <u>Van Skiver v. United States</u>, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to alter or amend the judgment must be filed within twenty-eight days after the judgment is entered.  <u>See</u> Fed. R. Civ. P. 59(e).  A motion seeking relief from judgment must be filed "within a reasonable time."  Fed. R. Civ. P. 60(c).

     Plaintiff's complaint was dismissed over nine years ago.  The court finds that plaintiff's motion, whether made under Rule 59(e) or Rule 60(b), is clearly untimely.  Accordingly, it is hereby ORDERED that plaintiff's Motion (Docket No. 62) is DENIED.

Date: June 18, 2013